# Supreme Court of Florida

_____

No. SC14-258
_____

**VIRGIL LEE HARRIS,**
Petitioner,

vs.

**STATE OF FLORIDA,**
Respondent.

[April 2, 2015]

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Third District Court of Appeal in State v. Harris, 129 So. 3d 1166 (Fla. 3d DCA 2014), based on express and direct conflict. See art. V, § 3(b)(3), Fla. Const. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal - Direct Conflict of Decisions

Third District - Case No. 3D12-1996

(Miami-Dade County)

Carlos J. Martinez, Public Defender and James A. Moody, Assistant Public Defender, Eleventh Judicial Circuit, Miami, Florida,

for Petitioner

Pamela Jo Bondi, Attorney General, Tallahassee, Florida, and Richard L. Polin, Bureau Chief, and Jill Diane Kramer, Assistant Attorney General, Miami, Florida,

for Respondent